**UNITED STATEMENT DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**DONNA McCARTNEY**

**v.** **C.A. NO.: 07-0469**

**DAVOL, INC., AND C.R. BARD, INC.**

## ENTRY OF APPEARANCE

Mark T. Nugent, Esquire, and Thomas M. Robinson, Esquire, hereby enter their appearance on behalf of defendants Davol, Inc., and C.R. Bard, Inc., in the above-entitled matter.

/s/ Mark T. Nugent
/s/ Thomas M. Robinson

Mark T. Nugent #2637
Thomas M. Robinson #6193
Morrison Mahoney LLP
10 Weybosset Street, Suite 900
Providence, RI 02903

## CERTIFICATION OF SERVICE

I hereby certify that on this 14th day of February, 2008, a true copy was mailed, postage prepaid, to the following:

David C. Anderson, Esquire
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960

Neville Bedford, Esquire
The Heritage Building
321 South Main Street, 5th Floor
Providence, RI 02903

/s/Mark T. Nugent