UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE: KUGEL MESH HERNIA
REPAIR PATCH LITIGATION          MDL Docket No. 07-1842 ML

ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Almond on September 6, 2011. No objection was filed and the time for doing so has passed. I have reviewed the Report and Recommendation and adopt it in its entirety.

The pending Motions for Admission Pro Hac Vice of Attorneys Michael Miller and David Dickens are hereby GRANTED.

SO ORDERED:

_____
Mary M. Lisi
Chief Junted States District Judge
September 23 , 2011

In re Kugel Mesh Hernia Repair Patch Litigation
MDL Docket No. 07-1842ML

| Case Number | Case Name |
|---|---|
| CA07-469ML | McCartney v. Davol |
| CA07-470ML | Ellington v. Davol |
| CA07-471ML | Knight v. Davol |
| CA08-203ML | Pont v. Davol |
| CA08-204ML | Pole v. Davol |
| CA08-283ML | Martinez v. Davol |
| CA08-284ML | Jacques v. Davol |
| CA08-293ML | Difate v. Davol |
| CA08-294ML | Shirley v. Davol |
| CA08-295ML | Taylor v. Davol |
| CA08-296ML | Mobley v. Davol |
| CA08-312ML | Santucci v. Davol |
| CA08-315ML | Wilhite v. Davol |
| CA08-318ML | Collins v. Davol |
| CA08-367ML | Kaplan v. Davol |
| CA08-382ML | Smith v. Davol |
| CA08-387ML | Rose v. Davol |
| CA08-448ML | Harrington v. Davol |
| CA08-449ML | Kenady v. Davol |
| CA08-450ML | Doss v. Davol |
| CA08-451ML | Haley v. Davol |
| CA08-522ML | Morgan v. Davol |
| CA08-523ML | Dodds v. Davol |
| CA08-524ML | Boggs v. Davol |
| CA08-525ML | Jones v. Davol |
| CA08-526ML | Carter v. Davol |
| CA08-2401ML | Hendricks v. Davol |
| CA08-2527ML | Dimmock v. Davol |
| CA09-092ML | Bryant v. Davol |
| CA09-454ML | Barley v. Davol |
| CA09-455ML | Stone v. Davol |
| CA09-487ML | Phillips v. Davol |
| CA09-488ML | Jones v. Davol |
| CA09-489ML | Bedford v. Davol |
| CA09-490ML | Johnson v. Davol |
| CA09-491ML | Lopez v. Davol |
| CA09-492ML | Trepod v. Davol |
| CA09-594ML | Capobianco v. Davol |
| CA09-604ML | Beaty v. Davol |
| CA09-613ML | Walker v. Davol |
| CA09-623ML | Allen v. Davol |
| CA09-624ML | Walker v. Davol |
| CA09-625ML | Novak v. Davol |
| CA09-626ML | Peeples v. Davol |
| CA09-627ML | Campbell v. Davol |
| CA09-629ML | Van Note v. Davol |
| CA09-630ML | Denning v. Davol |
| CA09-2964ML | Stanford v. Davol |
| CA10-032ML | Karjian v. Davol |
| CA10-047ML | White v. Davol |
| CA10-060ML | Cox v. Davol |

| | |
|---|---|
| CA10-081ML | Spruyt v. Davol |
| CA10-082ML | Honiotes v. Davol |
| CA10-083ML | Hambline v. Davol |
| CA10-084ML | Banks v. Davol |
| CA10-085ML | McQuay v. Davol |
| CA10-086ML | Lincoln-Evans v. Davol |
| CA10-135ML | Sprouse v. Davol |
| CA10-145ML | Bailey v. Davol |
| CA10-146ML | Wamslaey v. Davol |
| CA10-150ML | Moore v. Davol |
| CA10-151ML | LaPointe v. Davol |
| CA10-340ML | Bond v. Davol |
| CA10-341ML | Hurston v. Davol |
| CA10-348ML | Peterson v. Davol |
| CA10-349ML | Gillard v. Davol |
| CA10-3228ML | Sherrill v. Davol |
| CA10-3360ML | Seal v. Davol |